EVELYN M. BROOKER, as Administratrix of the Estate of CHARLES E. BROOKER, Appellant, Deceased, v. STATE OF NEW YORK, Respondent. (Claim No. 40734.)— HERLIHY, J.

Gibson, P. J., Herlihy, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Herlihy, J.